ACCEPTED
15-25-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/15/2025 10:00 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/15/2025 10:00:42 AM
CHRISTOPHER A. PRINE
Clerk

BRIAN VANDERZANDEN
Assistant Attorney General
Healthcare Program Enforcement

PHONE: (512) 936-9929
FAX: (512) 499-0712
EMAIL: Brian.VanderZanden@oag.texas.gov

May 15, 2025

**VIA ECF FILING**

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

RE:     Court of Appeals Number:  15-25-00034-CV
        Trial Court Case Number:  D-1-GN-19-004849

        Style:  State of Texas v. Xerox Corporation, et al. Settlement Proceeds

Dear Mr. Prine,

The State submits this letter in response to the Court's April 30, 2025, letter requesting confirmation that arrangements have been made to pay for the clerk's record.

The State initially submitted payment for the clerk's record on March 25, 2025.  The State was later informed that the invoice it had received was for the incorrect amount. A new invoice was provided to the State by the district clerk on May 1, 2025. The State submitted the corrected payment amount on May 9, 2025 (see attached).  Later that day the 15th Court of Appeals received an incomplete portion of the clerk's record that excluded certain video exhibits.

The State was informed that the district clerk cannot release certain video exhibits without an order from the trial court directing it to do so.  The State submitted an agreed-upon proposed order to the trial court on May 13, 2025, that directs the district clerk to send the video exhibits over to the 15th Court of Appeals.  The State anticipates that the trial court will sign the proposed order shortly, which will allow for the release of certain video exhibits.

Sincerely,

*Brian VanderZanden*
BRIAN VANDERZANDEN
Assistant Attorney General
Healthcare Program Enforcement Division

cc:     Charles S. Siegel
        Caitlyn E. Silhan
        Waters & Kraus, LLP
        Email: csiegel@waterskraus.com
        Email: csilhan@waterskraus.com

        James R. Moriarty
        Law Offices of James R. Moriarty
        Email: jim@moriarty.com

        James "Rusty" Tucker"
        Law Offices of James R. Tucker, P.C.
        Email: rusty@rustytuckerlaw.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynette Karch-Schroder on behalf of Brian VanderZanden
Bar No. 24081557
Lynette.karch-schroder@oag.texas.gov
Envelope ID: 100866677
Filing Code Description: Letter
Filing Description: 20250515 SOT Ltr to 15COA re Clerks Record
Status as of 5/15/2025 10:52 AM CST

Associated Case Party: Christine Ellis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Caitlyn Silhan | 24072879 | csilhan@waterskraus.com | 5/15/2025 10:00:42 AM | SENT |
| James Moriarty | 14459000 | jim@moriarty.com | 5/15/2025 10:00:42 AM | SENT |
| Charles S.Siegel | | csiegel@waterskraus.com | 5/15/2025 10:00:42 AM | SENT |

Associated Case Party: Alexandra Alvarez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 5/15/2025 10:00:42 AM | SENT |

Associated Case Party: Joshua LaFountain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 5/15/2025 10:00:42 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian Vanderzanden | | brian.vanderzanden@oag.texas.gov | 5/15/2025 10:00:42 AM | SENT |
| Lynette Karch-Schroder | | lynette.karch-schroder@oag.texas.gov | 5/15/2025 10:00:42 AM | SENT |
| Brittany Peters | | Brittany.Peters@oag.texas.gov | 5/15/2025 10:00:42 AM | SENT |

# OFFICIAL RECEIPT



## Travis County
## District Clerk's Office
## P.O. Box 679003
## Austin, Texas 78767
## Phone: (512) 854-9457

Payor
STATE OF TEXAS
BY AND THROUGH ATTORNEY GENERAL GREG
ABBOTT
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTN, TX 78711-2548

Receipt No.
**2025-023450**

Transaction Date
05/09/2025

| Description | Amount Paid |
|---|---|

STATE OF TEXAS
    D-1-GN-19-004849
    IN RE: STATE OF TEXAS V XEROX

| | |
|---|---|
| COPY CLERKS RECORD CIVIL APPEALS/TRANSFERS | 966.60 |
| **SUBTOTAL** | **966.60** |

Remaining Balance Due: $0.00

| PAYMENT TOTAL | 966.60 |
|---|---|

| Check (Ref #150225122) Tendered | 966.60 |
|---|---|
| Total Tendered | 966.60 |
| Change | 0.00 |

| 05/09/2025 | Cashier | Audit |
|---|---|---|
| 10:11 AM | Station DCCS115 | 21751005 |

# OFFICIAL RECEIPT